# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRIEANNE DAIGLE,**

      **Plaintiff,**

**v.**                                              **Case No:   6:14-cv-1008-Orl-22KRS**

**ANGELINE ENTERPRISES, INC.,**

      **Defendant.**

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 23) filed on September 4, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 27, 2015 (Doc. No. 26), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal with Prejudice is hereby GRANTED. The Court finds the Settlement Agreement is fair and reasonable.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on November __17__, 2015.

> JOHN ANTOON II
> United States District Judge
> (signed in the absence of
> Judge Anne C. Conway)

Copies furnished to:

Counsel of Record
Unrepresented Parties